| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on March 9, 2017<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |
| IN RE:<br><br>    ANGELA J. MAGNO | Case No.:  15-31168 SLM<br><br>Hearing Date:  3/8/2017 |

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 9, 2017**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): ANGELA J. MAGNO

Case No.: 15-31168

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 03/08/2017 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file modified plan by 3/17/2017 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Modified Plan has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.