Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−31168−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Angela J. Magno
   326 Gifford Place
   Teaneck, NJ 07666

Social Security No.:
   xxx−xx−4356

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/24/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 24, 2017
JAN: rah

                                                                                              Jeanne Naughton
                                                                                              Clerk

```
                                United States Bankruptcy Court
                                      District of New Jersey
In re:                                                                    Case No. 15-31168-SLM
Angela J. Magno                                                           Chapter 13
         Debtor                         CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                 Page 1 of 3                   Date Rcvd: Mar 24, 2017
                               Form ID: 148                Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2017.
db           +Angela J. Magno,    326 Gifford Place,    Teaneck, NJ 07666-4002
cr           +DITECH FINANCIAL LLC, AS AUTHORIZED SERVICER FOR F,     Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr           +Ditech Financial LLC f/k/a Green Tree Servicing LL,     C/O Buckley Madole, P.C.,
               99 Wood Avenue South, Suite 803,     Iselin, NJ 08830-2713
cr           +Toyota Motor Credit Corporation,     C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
               Iselin, NJ 08830-2713
cr           +Toyota Motor Credit Corporation,     PO BOX 9013,   Addison, TX 75001-9013
515843167    +1st 2nd Mortgage Co Nj,    50 Spring St,    Cresskill, NJ 07626-2106
515843181    +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,     PO Box 790040,
               Saint Louis, MO 63179-0040
515879742     DITECH FINANCIAL LLC, AS AUTHORIZED et.al.,     DITECH FINANCIAL LLC,    P.O. BOX 6154,
               RAPID CITY, SD 57709-6154
515843189    +FNCC/Legacy Visa,    Attn: Bankruptcy,    PO Box 5097,   Sioux Falls, SD 57117-5097
515843193    +Mercer County Municipal Buliding,     271 Clarksville Road,    PO Box 38,
               Princeton Junction, NJ 08550-0038
515843197    +O R I F A C,    307 N Michigan Suite 1400,    Chicago, IL 60601-5407
515843206    +Td Rcs/abed.com,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
515977166    +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,     PO BOX 9013,
               Addison, TX 75001-9013
515872984    +Toyota Motor Credit Corporation,     PO Box 9013,   Addison, Texas 75001-9013
515843213    +Valley Nt Bk,    3100 Broadway,   Fair Lawn, NJ 07410-3955

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 24 2017 18:36:32     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 24 2017 18:36:31      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd., One Newark Center, Suite 2100,
               Newark, NJ 07102-5235
515843168    +EDI: BECKLEE.COM Mar 24 2017 18:38:00      American Express,   PO Box 3001,
               16 General Warren Blvd,    Malvern, PA 19355-1245
516017125     EDI: BECKLEE.COM Mar 24 2017 18:38:00      American Express Centurion Bank,
               c o Becket and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
515843171     EDI: BANKAMER.COM Mar 24 2017 18:38:00      Bk Of Amer,   Po Box 982235,    El Paso, TX 79998
515843170    +EDI: BANKAMER.COM Mar 24 2017 18:38:00      Bank Of America, N.a.,    450 American St,
               Simi Valley, CA 93065-6285
515843187     EDI: CITICORP.COM Mar 24 2017 18:38:00      Exxmblciti,   Attn.: Centralized  Bankruptcy,
               PO Box 20507,    Kansas City, MO 64195
515843212     EDI: CITICORP.COM Mar 24 2017 18:38:00      Unvl/citi,   Attn.: Centralized  Bankruptcy,
               PO Box 20507,    Kansas City, MO 64195
515843174    +EDI: CAPITALONE.COM Mar 24 2017 18:38:00      Cap1/neimn,   26525 N Riverwoods Blvd,
               Mettawa, IL 60045-3440
515843175    +EDI: CHASE.COM Mar 24 2017 18:38:00     Chase Bp Prvt Lbl,    Po Box 15298,
               Wilmington, DE 19850-5298
515843178    +EDI: CHASE.COM Mar 24 2017 18:38:00     Chase Card,    P.o. Box 15298,
               Wilmington, DE 19850-5298
515843176    +EDI: CHASE.COM Mar 24 2017 18:38:00     Chase Card,    201 N. Walnut St//de1-1027,
               Wilmington, DE 19801-3999
515843180    +EDI: CITICORP.COM Mar 24 2017 18:38:00      Citi,   Po Box 6497,   Sioux Falls, SD 57117-6497
515843182    +EDI: WFNNB.COM Mar 24 2017 18:38:00     Comenity Bank/Pottery Barn,    Attention: Bankruptcy,
               P.O. Box 182125,    Columbus, OH 43218-2125
515843183    +EDI: RCSFNBMARIN.COM Mar 24 2017 18:38:00      Credit One Bank,    PO Box 98873,
               Las Vegas, NV 89193-8873
515843185     EDI: DISCOVER.COM Mar 24 2017 18:38:00      Discoverbank,   Po Box 15316,    Wilmington, DE 19850
515843184    +EDI: DISCOVER.COM Mar 24 2017 18:38:00      Discover Fin Svcs Llc,    Po Box 15316,
               Wilmington, DE 19850-5316
515843186    +EDI: WFNNB.COM Mar 24 2017 18:38:00     Express/Comenity Bank,    Attention: Bankruptcy Dept,
               PO Box 182686,    Columbus, OH 43218-2686
515843188    +EDI: AMINFOFP.COM Mar 24 2017 18:38:00      First Premier Bank,    3820 N Louise Ave,
               Sioux Falls, SD 57107-0145
515843190    +EDI: RMSC.COM Mar 24 2017 18:38:00     GECRB/Lowes,    Attention: Bankruptcy Department,
               PO Box 103104,    Roswell, GA 30076-9104
515843191     EDI: IRS.COM Mar 24 2017 18:38:00     Internal Revenue Services,    P.O. Box 7346,
               Philadelphia, PA 19101-7346
516051404     EDI: RESURGENT.COM Mar 24 2017 18:38:00      LVNV Funding LLC,    c/o Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
515843194    +EDI: NAVIENTFKASMSERV.COM Mar 24 2017 18:38:00      Navient,   Po Box 9500,
               Wilkes Barre, PA 18773-9500
515885873     EDI: NAVIENTFKASMGUAR.COM Mar 24 2017 18:38:00      Navient Solutions, Inc. on behalf of USAF,
               Attn: Bankruptcy Litigation Unit E3149,     P.O. Box 9430,   Wilkes-Barre, PA 18773-9430
515843198    +EDI: PRA.COM Mar 24 2017 18:38:00     Portfolio Recovery,    Attn: Bankruptcy,    PO Box 41067,
               Norfolk, VA 23541
516055382     EDI: PRA.COM Mar 24 2017 18:38:00     Portfolio Recovery Associates, LLC,
               c/o Chase Bank USA, N.A.,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-2           User: admin              Page 2 of 3             Date Rcvd: Mar 24, 2017
                               Form ID: 148             Total Noticed: 53

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515958826       EDI: PRA.COM Mar 24 2017 18:38:00      Portfolio Recovery Associates, LLC,    c/o Express,
                 POB 41067,    Norfolk VA 23541
515896121       EDI: PRA.COM Mar 24 2017 18:38:00      Portfolio Recovery Associates, LLC,    c/o Exxonmobil,
                 POB 41067,    Norfolk VA 23541
515896117       EDI: PRA.COM Mar 24 2017 18:38:00      Portfolio Recovery Associates, LLC,    c/o PC Richards,
                 POB 41067,    Norfolk VA 23541
516032493       EDI: PRA.COM Mar 24 2017 18:38:00      Portfolio Recovery Associates, LLC,    c/o Pottery Barn,
                 POB 41067,    Norfolk VA 23541
515843202      +EDI: RMSC.COM Mar 24 2017 18:38:00      Project/gemb,   PO Box 103104,    Roswell, GA 30076-9104
515843203      +EDI: SEARS.COM Mar 24 2017 18:38:00      Sears/cbna,   Po Box 6283,    Sioux Falls, SD 57117-6283
515843204      +EDI: RMSC.COM Mar 24 2017 18:38:00      Syncb/tourne,   C/o Po Box 965036,
                 Orlando, FL 32896-0001
515843205      +EDI: RMSC.COM Mar 24 2017 18:38:00      Syncb/tourneau,   C/o Po Box 965036,
                 Orlando, FL 32896-0001
515843208       EDI: TFSR.COM Mar 24 2017 18:38:00      Toyota Motor Credit Co,    Toyota Financial Services,
                 PO Box 8026,   Cedar Rapid, IA 52408
515843209       EDI: TFSR.COM Mar 24 2017 18:38:00      Toyota Motor Credit Co,    Toyota Financial Services,
                 PO Box 8026,   Cedar Rapids, IA 52408
515843207      +EDI: WFNNB.COM Mar 24 2017 18:38:00      The Limited/WFNNB,    WFNNB/Attn: Bankruptcy,
                 PO Box 182686,    Columbus, OH 43218-2686
515954052       EDI: ECAST.COM Mar 24 2017 18:38:00      eCAST Settlement Corporation,    POB 29262,
                 New York, NY 10087-9262
                                                                                              TOTAL: 38

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LL,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
515843169*     +American Express,   PO Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
515843172*    ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
515843173*    ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
515843179*     +Chase Card,   P.o. Box 15298,    Wilmington, DE 19850-5298
515843177*     +Chase Card,   201 N. Walnut St//de1-1027,    Wilmington, DE 19801-3999
515843195*     +Navient,   Po Box 9500,   Wilkes Barre, PA 18773-9500
515843196*     +Navient,   Po Box 9500,   Wilkes Barre, PA 18773-9500
515843199*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,    PO Box 41067,
                  Norfolk, VA 23541)
515843200*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,    PO Box 41067,
                  Norfolk, VA 23541)
515843201*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,    PO Box 41067,
                  Norfolk, VA 23541)
515843210*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,    PO Box 8026,
                  Cedar Rapids, IA 52408)
515843211*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,    PO Box 8026,
                  Cedar Rapids, IA 52408)
515843192     ##+Lord&taylor,   P.o. Box 1628,    Maryland Heigh, MO 63043-0628
                                                                                     TOTALS: 0, * 13, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2017                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-2           User: admin                  Page 3 of 3                   Date Rcvd: Mar 24, 2017
                               Form ID: 148                 Total Noticed: 53
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 24, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
           nj_ecf_notices@buckleymadole.com
          Francesca Ann Arcure    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING
           LLC nj_ecf_notices@buckleymadole.com
          John D. Krohn    on behalf of Creditor    DITECH FINANCIAL LLC, AS AUTHORIZED SERVICER FOR FANNIE
           MAE AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY 1ST 2ND MORTGAGE CO OF NJ, INC., A NEW
           JERSEY CORPORATION nj.bkecf@fedphe.com
          Marie-Ann Greenberg     magecf@magtrustee.com
          Melissa N. Licker    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
           NJ_ECF_Notices@buckleymadole.com
          Russell L. Low    on behalf of Debtor Angela J. Magno rbear611@aol.com,   lowlaw505@gmail.com
                                                                                             TOTAL: 7
```