| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on March 24, 2017<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |
| IN RE:<br><br>   ANGELA J. MAGNO | Case No.:    15-31168 SLM<br><br>Chapter:    13 |

## ORDER OF DISMISSAL

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 24, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.: 15-31168

Caption of Order: Order of Dismissal

---

Upon the Debtor's failure to comply with the order entered on 03/09/2017 and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr.P.2002(f), the Clerk shall notify all parties in interest of the entry of this order.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

Case 15-31168-SLM    Doc 61    Filed 03/26/17    Entered 03/27/17 00:39:08    Desc Imaged
Debtor(s): ANGELA J. MAGNO    Certificate of Notice    Page 2 of 3

Page 2 of 2

United States Bankruptcy Court
District of New Jersey

In re:  
Angela J. Magno  
     Debtor

Case No. 15-31168-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 24, 2017  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2017.  
db          +Angela J. Magno,    326 Gifford Place,    Teaneck, NJ 07666-4002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2017                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2017 at the address(es) listed below:

          Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation nj_ecf_notices@buckleymadole.com  
          Francesca Ann Arcure    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC nj_ecf_notices@buckleymadole.com  
          John D. Krohn    on behalf of Creditor    DITECH FINANCIAL LLC, AS AUTHORIZED SERVICER FOR FANNIE MAE AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY 1ST 2ND MORTGAGE CO OF NJ, INC., A NEW JERSEY CORPORATION nj.bkecf@fedphe.com  
          Marie-Ann Greenberg    magecf@magtrustee.com  
          Melissa N. Licker    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC NJ_ECF_Notices@buckleymadole.com  
          Russell L. Low    on behalf of Debtor Angela J. Magno rbear611@aol.com, lowlaw505@gmail.com  
                                                                                                     TOTAL: 7